**Motion granted and Abatement Order filed December 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00359-CV
_____

**OILFIELD TUBULAR SOLUTIONS, LLC D/B/A INTEGRATED TUBULAR SOLUTIONS, Appellant**

**V.**

**THE CHARTER OAK FIRE INSURANCE COMPANY AS SUBROGEE OF AMTEX MACHINE PRODUCTS, INC., Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-90071**

---

### ABATEMENT ORDER

Before the court is the parties' joint motion to abate, which seeks to abate this appeal due to the having negotiated a settlement, subject to execution of final settlement papers. The court hereby grants the motion.

The appeal is abated, treated as a closed case, and removed from this court's active docket until January 17, 2023. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Wilson.